IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISON

| | | |
|---|---|---|
| NET NAVIGATION SYSTEMS, LLC §<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>CISCO SYSTEMS, INC., et. al. §<br>*Defendants.* § | | CASE NO. 4:11-CV-660<br>Judge Schell |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 24, 2012, the report of the Magistrate Judge was entered regarding proposed findings of fact and recommendations that the Motion by Defendant Cisco to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Dkt. 30) be denied (Dkt. 97).

The court has made a *de novo* review of the objections raised by Defendant (*see* Dkt. 110) and Plaintiff's response (*see* Dkt. 120) and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, it is **ORDERED** that the Motion by Defendant Cisco to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Dkt. 30) is **DENIED**, and the objections of Defendant are

**OVERRULED**.

**IT IS SO ORDERED.**

**SIGNED this the 27th day of March, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE