IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISON

| | | |
|---|---|---|
| NET NAVIGATION SYSTEMS, LLC § | | |
|     *Plaintiff*, § | | |
| § | | |
| v. § | | CASE NO. 4:11-CV-660 |
| § | | Judge Schell |
| CISCO SYSTEMS, INC., et. al. § | | |
|     *Defendants.* § | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 11, 2012, the report of the Magistrate Judge was entered regarding proposed findings of fact and recommendations that Defendants' Motion for Summary Judgment of Invalidity Based On Indefiniteness (Dkt. 123) be denied (Dkt. 151).

The court has made a *de novo* review of the objections raised by Defendants (*see* Dkt. 156) and Plaintiff's response (*see* Dkt. 161) and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, it is **ORDERED** that Defendants' Motion for Summary Judgment of Invalidity Based On Indefiniteness (Dkt. 123) is **DENIED**, and the objections of Defendants are **OVERRULED**.

    **IT IS SO ORDERED.**

    **SIGNED this the 27th day of March, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE